1  Joseph H. Harrington
2  Acting United States Attorney
   Eastern District of Washington
3  Stephanie Van Marter
4  Richard R. Barker
   Assistant United States Attorneys
5  Post Office Box 1494
6  Spokane, WA 99210-1494
7  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2021

SEAN F. MCAVOY, CLERK

8           UNITED STATES DISTRICT COURT
9         FOR THE EASTERN DISTRICT OF WASHINGTON

10

11 | UNITED STATES OF AMERICA,           | 2:21-cr-00142-TOR

12 |             Plaintiff,               | INDICTMENT

13 |                                      |
14 |        v.                            | Vio.: 21 U.S.C. §§ 841(a)(1),
                                          |        (b)(1)(A)(vi), 846
15 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                  | Conspiracy to Distribute 400
16 | CALEB RYAN CARR, and                 | Grams or More of Fentanyl
                                          | (Count 1)
17 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                  |
18 |                                      | 21 U.S.C. § 841(a)(1),
                                          | (b)(1)(B)(vi)
19 |             Defendants.              | Distribution of 40 Grams or
20 |                                      | More of Fentanyl
                                          | (Counts 2 – 3)
21 |                                      |
22 |                                      | 21 U.S.C. § 853
23 |                                      | Forfeiture Allegations

24

25     The Grand Jury charges:

26                    COUNT 1

27     Beginning on a date unknown, but by May 2021, and continuing until on or

28 about October 1, 2021, in the Eastern District of Washington and elsewhere, the

   Defendants, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ CALEB RYAN CARR, and ▓▓▓▓

   INDICTMENT – 1

████████████, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), 846.

## COUNT 2

On or about August 24, 2021, in the Eastern District of Washington and elsewhere, the Defendants, ████████████████ CALEB RYAN CARR, and ████████████████ did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), 18 U.S.C. § 2.

## COUNT 3

On or about September 21, 2021, in the Eastern District of Washington and elsewhere, the Defendants, ████████████████ CALEB RYAN CARR, and ████████████████ did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), 18 U.S.C. § 2.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT – 2

1    Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of
2    21 U.S.C. §§ 841(a)(1), 846, as charged in Counts 1 – 3 of this Indictment, the
3    Defendants, ▊▊▊▊▊▊▊▊▊▊▊▊▊▊ CALEB RYAN CARR, and ▊▊▊
4    ▊▊▊▊▊▊▊▊▊▊ shall forfeit to the United States of America, any property
5    constituting, or derived from, any proceeds obtained, directly or indirectly, as the
6    result of such offense(s) and any property used or intended to be used, in any
7    manner or part, to commit or to facilitate the commission of the offense(s).
8        If any forfeitable property, as a result of any act or omission of the
9    Defendant(s):
10        (a) cannot be located upon the exercise of due diligence;
11        (b) has been transferred or sold to, or deposited with, a third party;
12        (c) has been placed beyond the jurisdiction of the court;
13        (d) has been substantially diminished in value; or
14        (e) has been commingled with other property which cannot be divided
15        without difficulty,
16
17    //
18    //
19    //
20    //
21    //
22    //
23    //
24    //
25    //
26    //
27    //
28    //
     //

INDICTMENT – 3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED: this ___ day of October 2021.

A TRUE BILL

_____
Foreperson

_____
Joseph Harrington
Acting United States Attorney

_____
Stephanie Van Marter
Assistant United States Attorney

_____
Richard R. Barker
Assistant United States Attorney

INDICTMENT – 4