FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALEB RYAN CARR,<br><br>Defendant. | No. 2:21-CR-00142-TOR-2<br><br>ORDER FOLLOWING DETENTION HEARING<br><br>**MOTION GRANTED**<br>**(ECF No. 34)** |

On November 10, 2021, the Court held a detention hearing for Defendant CALEB RYAN CARR. Defendant appeared in custody represented by Attorney Sandy Baggett. Assistant U.S. Attorney Richard Barker represented the United States. U.S. Probation Officer Patrick J. Dennis was also present.

Defendant, personally and through counsel, waived the right to a detention hearing.

**IT IS ORDERED:**

1.     The United States' Motion for Detention, **ECF No. 34**, is **GRANTED**. Defendant shall be held in detention pending disposition of this case or until further order of the court.

2.     Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3.     Defendant shall be afforded reasonable opportunity for private consultation with counsel.

ORDER - 1

4.      If a party desires that another Court review this order pursuant to 18 U.S.C. § 3145, that party shall promptly file a motion for review before the district judge to whom the case is assigned, as further described in the Detention Order Review Protocol published for the Eastern District of Washington.  Both parties shall cooperate to ensure that the motion is promptly determined.

**IT IS SO ORDERED.**

DATED November 12, 2021.



JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2