Hello, Your Honor

This is one letter I never thought I'd ever have to write. It breaks my heart knowing why I must write it and what my son, Caleb Ryan Carr, is facing. I never, in a million years, seen this coming or expected to get the call I did last September. Having said that, I love Caleb very much, and I'm proud to be his father. I can't put one bad stretch of decision-making (when he was out living as a naive, young adult being persuaded and influenced by so many different vehicles at a time our country was promoting violence, hate and destruction through several social media vehicles that Caleb's generation use way too much) over the wonderful kid he was growing up from birth through 19+. I know that wonderful young man is still there, scared and remorseful.

Caleb means everything to me, his mother, his stepfather, his three siblings and entire extended family. We are blessed with an amazing extended family who all fully support and love Caleb very much. Caleb has a big heart and is full of potential. He's just also prone to being persuaded and/or feeling peer pressure from his peers. He allowed himself to be misguided and wrongfully persuaded due to being a naive youth, and I hope there's a way to rehabilitate him instead of incarcerating him for as long as he has lived. My biggest fear is that by issuing such a harsh sentencing at such a young age for a first-time offence will hurt him more long-term instead of giving him a real chance to still make things right in his life. He made a mistake, and he's aware of that and has owned up to it. Don't further that mistake by over-punishing him out of any anger or frustration. Don't punish his progress for understanding he did wrong and being remorseful.

Caleb is an amazing young man. You can look into his eyes and see he has a good soul. You can have an honest and meaningful conversation with him and see his intelligence, how much potential he has and how truly caring he is. Growing up, Caleb was always involved with school: playing sports (soccer and baseball when younger), being in orchestra, participating in field trips and summer camps. Caleb's mother and I both tried to be active by volunteering during field trips or school events such as carnivals, as well as summer sports and always attending our kid's events. During these days, Caleb's grade school and middle school teachers were always raving about Caleb's personality and how fun he was to have in their classroom. We would hear every year how amazing Caleb was and that he was always a favorite in the class who was able to get along with the entire classroom. He was so easy for us to be proud of.

Caleb was always a solid A - B student in grade school and middle school. We never had issues with grades, attendance, attitude. In all, through the 8th grade, we had one call to the office for "tagging" ... His principal sat us down and we talked about what he had done. He was remorseful and ashamed for his actions. He wasn't making smart decisions and was acting out with another kid. For that, he spent Wednesday evenings working in a Soup Kitchen at the Tacoma Mission for a stretch. The staff there loved him, and he seemed to learn from the experience. It scared him to see young people in line who were homeless.

Moving into high school, Caleb started out in a few AP classes and even took French for his foreign language. He played on spring/summer baseball leagues through 9th grade. He was in Orchestra (played the Cello), played on the JV football team and was the homecoming king for his freshman, sophomore,

and junior years. He played football all four years, playing on the JV and Varsity teams from 10th - 12th grades. He ran track his sophomore year and went to, at least, 3 of the football teams summer football camps. He also worked a couple jobs during high school (starting the summer btw 10th and 11th grade) where he maintained his job hours and also never missed school. During high school, Caleb was a solid 3.0 GPA-based student and we never had attendance issues, although he did become an A-C student during high school (We always blamed the French Class and he didn't like Gym all that much – got a C in gym). In 4-years of high school, his mother and I were called to the office one-time for a group fighting incident between high schools Caleb was involved in. So only two times in the principal's office in 12-years of school. We never had the police called on Caleb, nor did we ever have to go pick him up from a police station because he'd gotten in trouble.

The influence of video games, primarily games like Grand Theft Auto and Call of Duty probably weren't helpful. While we were active in school and summer activities and enjoyed being outdoors, we also enjoyed having video game systems in our house, and he got into some of those more violent games. Looking back, I wish I would've limited or not allowed a few of them at all. I think they can start to disconnect them from the violence they see while engaged in the game to where they may not recognize it in real life. While Caleb liked playing online with his friends, if I called him down for dinner or told him it was time to call it a night, he was always down to eat or lights out within a couple minutes. So again, he was respectful and never combative or challenging to me, growing up. He never talked back or challenged me to see how far he could push. For those reasons, I always trusted Caleb to make the right decision, understanding he was going to be faced with tough decisions as a teenager and may sometimes make a bad one. But I empowered him to be able to realize that, even after the fact, and to call me was better than blatantly ignoring and me getting a different call later, indicating trouble.

After high school, Caleb was on his way to Eastern Washington to be an Eagle. But he soon opted to start working instead of going to college. I believe he was afraid of the loans, and I felt it was a wise decision because if he worked a couple years, he'd appreciate the chance at a degree and the effort it takes to make the most out of it. I actually worked 2+ years doing menial labor jobs before getting myself into college. It made me appreciate the experience that much more. That and paying my own way. Caleb worked and had some good jobs that could've led him places. I think, like many of the youth in this generation, he didn't want to do the day-in-and-day-out job of going in, clocking in, going home, etc. Some of that desire to seek out something different may be attributed to his mom and me. We are both dedicated to not only our trades, but to bettering ourselves and providing for our families not only now, but for the future. He grew up seeing us both work a lot of hours (me often two jobs as a single father) and always rushing to make it to places. I think he was just seeking something different when he replied to that Instagram ad.

Caleb lived with me until he was about 19 1/2. He moved out and we stayed close for a while. He worked for Sherman Williams, an HVAC company, and was a manager at a weed factory in Tacoma. It was during the summer of 2020 when America started turning to hate due to the hate for Trump being pressed constantly on all media outlets that Caleb and I drifted. We had very different political views, which is very common to happen, but due to the height of the exposure of all the national violence going on around our country, and my being a Trump supporter, my son and I didn't talk much. After

talking to several other parents with kids my son's age and older (and remembering I was once a 20-something who thought my parents knew nothing). I wanted to give him his space vs try to push myself on him and drive a stake farther between us. I only wanted him thinking for himself and being his own person and not being persuaded and misguided. I figured we all make a few mistakes, but that is how we best learn. So I gave him his space through 2020 and 2021, only seeing him a couple times at my daughter's graduation events.

To know that he got into something he found on Instagram and that once he realized he was in and couldn't get out because he would put his family at risk, he had nowhere to go but deeper into what he'd gotten into. Please don't incarcerate him for an extended length for being a naive kid. He got caught up in something bigger than him that manipulated him. This was his first time making any major mistake and it pains me to think he could potentially be punished so hard that would take so much of his life away. It pains me because if I hadn't decided to let him have his space and not force myself into his life, I could've possibly seen the signs and did something to help him get out before it got this far. As a parent, it pains me 24-hours a day going back and trying to figure out where I could have saved this from happening. Yes! he may have hated me even more at the time, but I may have him home today as a result. One thing that has come out of this is Caleb and I are now close again. We have great talks, and he doesn't blame his mom or me, he's taking accountability and responsibility for his actions and that shows his maturity in that he's not blaming people or moving forward as the victim. He's shown signs of remorse, growth, remorse and humility from this as well as coming back around to wanting to have me in his life. I was here and will always be here every day of it. I love Caleb, he is my sunshine!

I know he made a mistake. He knows he made a mistake. He's aware and has owned up to it and knows he needs be where he is to serve some time. I just hope you can see that he can be better for this and from this, if given a chance. He can correct this and still make his life right w/out risking becoming a life-long incarcerated person off one bad run of choices. Please, Your Honor, I beg you to consider the minimum allotted time allowed for him so that he has a chance to still right the ship and be a part of his siblings and family's lives. If he messes up inside, then that can be altered. But give him a chance to prove to you he won't mess up and that is the person I have outlined here. He won't let you down. In fact, I hope Caleb is able to help others while inside. Whether by enabling them to believe in themselves, helping them find an education or just being a part of something. I am sure a lot of people incarcerated don't have a strong family support system and some may have nobody. And with nothing, you feel like nothing. I hope, through the grace of God, Caleb can make this a glass half full experience and not only better himself, but better someone around him as well.

If this was a second offense or more, I could understand no leniency. But he is just a young kid with a great resume up to this point. Removing this ordeal, his resume shows no signs of a criminal history or working towards a criminal future. He has a loving family that is here to help him and ensure he rights himself. We miss him so much. No matter what you decide, it's going to be so hard on me, and I can't imagine how hard on his mother. And that is very selfish of me, because it is going to potentially be miserably hard for him because he must find the strength, patience and foresight to maintain and not allow trouble to find him, plus stay away from harm.

I'm so afraid. I know that is my cross to bear. But I look back over the years and the pictures, the memories we have made with Caleb and he has left for us as parents and all I see is son who makes me so proud whom I expected to light up the world with his smile and charm. I know he's still capable of that and maybe will be more focused after having learned what he has from having the time to think about the consequences of his actions. Maybe he could even be a motivational speaker to speak out about the risk and consequences of your actions and meeting people online. Etc. I just want to go back to the glass has full theory and trust God has a plan for Caleb.

Thank you, Your Honor, for reading this and for any consideration you give in your sentencing for Caleb Ryan Carr.


Sincerely,

Brandon Carr

Brandon Carr











Honorable Judge Rice,

Hello, I am writing this letter on behalf of my son Caleb Carr. I am writing to beg for leniency in his case. I hope you will look over this letter and see how much he is loved and supported.

My name is Carie Heistand, and I am Caleb's mother. I want to impart on you how out of character this behavior is for my son. Caleb has always been smart, funny, responsible, and respectful. Since he has been incarcerated, I have been trying to figure out what happened and what went so terribly wrong.

When Caleb was 6 and his sister Paige was three, his father and I divorced. We moved a lot until Caleb was in 3rd grade, but he always was fast to make friends. His dad and I did our best to coparent and be friendly to one another. I remarried when Caleb was 10. His stepdad Randy and I had two more children together, Mitchell and Lilly. Caleb is so helpful with his siblings. They miss him so much. We are a very close family, and this has created emotional issues for all of us, but especially for his siblings.

My son has always done well in school. He was very social and everyone's friend. He played sports throughout his life. He played baseball and soccer when he was younger. He played football and ran track in high school. In middle school he volunteered at a food bank by his school. In high school he made a point of being everyone's friend and being there for his friends. He worked at a restaurant for almost two years. They loved him there.

When Caleb was a senior in high school, he had a party and pushed back on the rules of curfew. Typical teenage behavior. He wanted to go live with his dad. We let him go. He ended up moving out on his own right after high school graduation. He worked so hard to keep up with his bills. He was so motivated and got up early or stayed late, whatever was needed. When covid hit the company laid everyone off. Once that happened, we asked him to come back home, but he didn't want to be a burden on us financially. He kept saying he was fine. I truly regret not finding a way to make him move back in with us. I believe if he had done so none of this would have happened.

A few months before his arrest he seemed very depressed. We tried talking to him about it and encouraged him to see a therapist. He shared with the therapist some of the things he was involved in. Instead of the therapist telling him to talk to his family or the authorities, he told him to continue to come and see him. The therapist told him if he was making good money he should just keep doing what he was doing.

I believe with all of my heart that my son was scared. He didn't know how to get out of the situation he was in. He was afraid of the cartels and what they would do to him. He didn't want to bring us into it because he thought we would be harmed. He was in over his head and had no idea how to get out.

When we found out about all the charges we were in shock. We are still in shock. I don't understand how snapchat can be such a haven for the cartels and offer our children money for their services. Our families are the ones suffering while they just find new children to do their work and make them money. I have been researching how I can get involved to let other parents and students know about how easy it is for the cartels to reach out to our children and influence them.

Since Caleb has been incarcerated, he has been taking any classes offered. His goal is to take college classes while serving his sentence. He has made it very clear that he wants to use this time to reflect on

what he has done as well as better himself so when he gets released, he can make a positive difference. He is only 23. There is still so much good he can do with his life. This kid is a hard worker, and he will do his best to do what is asked of him.

I will spend the rest of my life trying to figure out what I could have done differently. Our family is forever changed and all I can think is that you hold our future in your hands. I am begging you for leniency. We know what Caleb did was wrong. He knows what he did was wrong, and he has shared with me how sorry he is for his part in the charges. There is no way Caleb would ever be involved in anything like this again. Please consider how out of character this was for my son. Caleb was young and naive about how his actions could affect so many lives, including his own.


Respectfully,

Randy and Carie Heistand

Your Honor,

Hello, my name is Paige Carr, and I am Caleb's younger sister. We are biological siblings, and we were together when our parents got divorced when we were young. Caleb and I have been together through every major moment in each other's lives. In the past 12 years, I have had braces, I've had boyfriends, and I've lost friends, pets, and family members. In the past 12 years, I learned how to play two instruments and fell in love with the sports like lacrosse. I had my first kiss and my first heartbreak. I learned how to drive and got pulled over for the first time. I graduated high school with a 3.9 GPA and my Associate's degree, and I started college and finished my first year. Caleb was there for all of that! He was there to take me to practices and school. He held me when I cried during breakups. He gave me advice on friendship dramas and when I was stressed about not getting the best grade in a class. Most importantly, he was always there to be my biggest supporter.

Caleb came to every game, every award ceremony, and every band performance. He always gives the best, most honest, cheerful, or inspirational advice that I needed in every hard time of my life. He is the kind of person that will wash off my favorite stuffed animal in a train sink because our younger siblings puked on it and my mom was going to throw it away. Caleb is the kind of person that blasts music and dances in the car while taking me to our dad's house because he knew I didn't like having to move between houses every few days. He's the kind of person that will sit and talk to you for hours about what you should do with your life because you just have no clue. Caleb is the kind of person that will help you pick out an outfit and if you don't have anything he will give you something of his and say you look better in it anyway.

The Caleb I have grown up with for 19 years truly cares about everyone in his family and does everything he can to protect us and love us. I cannot imagine going through 12 or more years of milestones without him by my side to give me advice through it all. In the next 12 years, I will graduate college and watch our two younger siblings graduate high school. I will get married

and have kids. I will start my career or go to graduate school. I will turn 30 and officially be an adult out in the world on my own. I don't know how to do any of this if I don't have Caleb by my side every step. When I call him on the phone, I can already hear the hope he used to have disappearing each day. I think about how scared and sad and lonely he feels, and how much regret he has. Caleb is an amazing human being that has made some mistakes. He has a loving family that will be by his side supporting him and keeping him in check for the rest of his life and I know he will never fathom doing something like this again. He has already made plans to be a personal trainer since he is working out so much now and he has really found something he is passionate about. Please consider the life he will be missing out on.

Thank you,

Paige Carr

August 26, 2022

Your Honor,

My name is Debbie Kemper. I am Caleb Carr's maternal grandmother. Caleb is our first grandchild. We are very heartbroken about his current situation. He is a good person. He was brought up in a very loving home. He comes from a very close family that loves him and whom he also loves. He is very respectful. He has a huge heart.

I live in Indiana and he of course is from Washington. I have always loved our visits. There was never enough time spent together. He holds a very special place in my heart. His choices that put him where he is today are so out of character for him. I would never have expected it out of him in a million years. He was a good student and was involved in sports and orchestra in school. I have enjoyed watching him play and perform on several different occasions over the years.

He was a good worker and would gladly be there to lend a helping hand.

I am aware of the seriousness of the charges being brought against Caleb. I know in my heart that he is very remorseful and I'm sure he is very aware that the path he chose is the wrong one. Our family is there for him and will make sure nothing like this ever happens again.

Respectfully,

Debbie Kemper

Debbie Kemper

Kari Heistand, M.D.
Port Townsend Psychiatric Medicine
1042 Water St, Units 4A and 12
Port Townsend, WA  98368
(360) 385-9818
(360) 385-1496 (fax)

7/31/22

To the Judge presiding over Caleb Carr's case

Your Honor:

My name is Kari Heistand, M.D.  I was a treating psychiatrist for several years for the Washington Corrections Center for Women and I also have been Caleb Carr's aunt since his mother Carrie married my brother-in law Randy when Caleb was 8 years old.

Although I of course have never seen Caleb in a professional capacity, I have spent a lot of time with him over the years as we are a very close-knit family.  I have always known Caleb to be a kind boy and then young man, who has shown himself to be respectful to adults and caring towards his younger siblings and cousins.

If Caleb did commit the acts that he is charged with, then it is my opinion that contributing factors may have been a young boy/mans wish, especially after going through the divorce of his family at a young age, to identify with others outside of our family who may have set a bad example combined with a false perception of it being a profitable and exciting lifestyle.  Based on my long history of interacting with Caleb, I believe that if he did make those choices, that he did so without realizing the extent of the harm that it could cause others and that he likely found himself in over his head with difficulty finding his way out.

I truly believe that Caleb is the kind of young man who would learn from his mistakes with the consequences he has already faced and never make them again.

In my time as a corrections center psychiatrist, I witnessed first hand how young incarcerated persons tended to become more entrenched in antisocial contacts and ways of life the longer that they were incarcerated.  Upon release they faced huge difficulties re-integrating into mainstream law-abiding lifestyles due to their past.

Again, if Caleb is guilty of these charges, then I believe that he deserves at least one opportunity to turn his life around and to make better choices, that he would take full advantage of that opportunity and that it would give him the best chance at successful rehabilitation.

It is my belief that he has had a very hard lesson that will not be lost on him. He is fortunate to have a very loving and supportive family that will help him to forge a better path and to be successful. I could easily see Caleb becoming someone who could be a good example for others on the dangers of becoming involved in similar situations and also a positive example of how to work your way out again.

Thank you very much for your time and consideration of Caleb's case.

Sincerely,

Kari Heistand, M.D.

Hello my name is Jane Boote. I'm writing this to you on behalf of Caleb Carr. I've known him for about 7 years. We first met in high school in 2016. Throughout school it was easy to tell he was loved by his classmates. Caleb was popular but he was different from the rest of them, he was nothing but nice and always walking around with a sweet smile and rosy cheeks. Caleb had an incredibly tight group of friends that he very clearly cared about. He was also actively making posts on social media about his younger siblings. The posts would show them spending time together and hanging out with the pets. It was clear how much he loved them. After high school Caleb and I started hanging out, we only hung out a couple of times because at the time he was working more than full time doing HVAC. We always kept in touch though, and he would reach out to me here and there to see how I was doing. After some time, the posts were becoming more about drugs and about what he was getting into. That came as a huge shock to everybody. It was heartbreaking to see the sweetest boy going down that path. I had never thought growing up Caleb would get trapped in that lifestyle. It didn't seem like something he was capable of. Even when things started getting crazier in his life, he still kept his close friends around. Caleb had a really big social media presence, so even if we weren't talking, I always knew what he was up to. I remember him making posts about how you should never get involved with drugs and the industry, and about how it traps you in and the only way out is death or prison. Seeing those posts from Caleb while he was actively in the scene was devastating. He was showing regret and fear and I think it was around that time that he had realized what he had gotten himself into. As upsetting as it is that Caleb fell down the path of dealing, we are all incredibly grateful he didn't do any drugs himself. Being surrounded by that in your daily life can make it easy to start using and letting that environment get the best of you. That shows a lot about his character. Caleb is strong, always has goals, sets standards for himself, and will always hold himself accountable. He wasn't always using his social media platforms for business though. Come 2020, he started making public posts bringing attention to men in our area sexually assaulting girls from our school. Caleb was such a trusted individual that girls would send him their stories for him to post publicly to bring awareness to the issue that otherwise was being swept under the rug. Bringing light to this issue was not an act of attention seeking for Caleb, but an act of selflessness and passion for this serious issue. After a while his presence on social media became minimal. It became apparent that his life with drug dealing was turning into something more serious than he had ever intended. This was around the time his dad uncoincidentally came into my family and I's life. My parents and Caleb's father, Brandon, became great friends and he and I quickly sparked up many conversations about Caleb. Brandon confided in me and opened up about the pain he has gone through seeing this happen to his son. I was able to get into contact with Caleb again and have been talking regularly since the beginning of July this year. You might think that his attitude, being in this situation, would be negative. But it's quite the opposite. Caleb has such high spirits and hope for his future. He talks about the things he loves and the things he wants to do when he gets released. He tells me often that he is grateful he was given a second chance at his life, which many people in the world of drugs do not get to have. It has been amazing reconnecting with Caleb, and it truly feels like the old him when we get to talk. To see this young man's life come to an end because of decisions he made as an impressionable teenager would be such a

tragedy. Thank you for taking the time to read this and I sincerely hope you take this into deep consideration.

Amy Campbell Anderton

2125 Lakeshore Drive

Old Hickory, TN 37138

(206) 661-7785


October 19, 2022


Sandy Baggett, Attorney at Law

Email: [Sandy@SandyBaggett.com](mailto:Sandy@SandyBaggett.com)


**Character Letter in Support of Caleb Carr**


To Whom It May Concern:

I met Caleb Carr through his father, who worked in the same office as me. I became good friends with the family and spent quite a bit of time with Caleb between the ages of 12 and 17. Based on the intelligent young man I knew, I was very much taken aback when I heard from Caleb's father that Caleb is in trouble with the law.

I had always known Caleb to be respectful, soft-spoken, responsible, and friendly. Some moments stick in my memory, like when he assisted an elderly woman to keep her from falling when her walker got caught in a tight doorway. He was always protective of his little sister, like making sure that she was extra careful going up the stairs of a large slide at a water park we visited. I've always seen Caleb being supportive of his friends, and willing to do whatever they needed him to do. So, I can't help but wonder if having a history of trying to do what people want you to do, can be a problem with people who don't have your best interests at heart.

My understanding is that Caleb has gotten involved in a bad situation and gone down the wrong path. It wouldn't surprise me if the root cause was naivete, and misplaced trust. But whatever the reason, I believe society would be best served by Caleb's rehabilitation, not his incarceration. I know his core personality. He needs professional treatment to restore the person I knew very well - not ongoing exposure to the type of people who got him into trouble in the first place.

There's no doubt that sometimes, incarceration is an essential tool to protect society from people who would do society harm. But it's a double-edged sword. If the person being incarcerated is a fundamentally good person, then incarceration runs the risk of hardening and aggravating whatever tendencies caused someone to make wrong decisions in the first place. I don't believe Caleb's rehabilitation will happen through jail time, but through therapy with the goal of restoring him to the kind, protective, and intelligent person I've always known. Then, he can be a benefit to society, instead of being detrimental to it.


Respectfully,


Amy Campbell Anderton

August 24, 2022


Ciarra Colacino
1206 N. 9th Street
Tacoma, WA 98403
ciarra.colacino@gmail.com


Re: Caleb Carr

Your Honor,

It has been a pleasure to call the Heistand/Carr family long-term friends. Caleb, the oldest of four, has been a role model to all of the kids—the cool older brother that both my son (age 12) and daughter (age 18) have admired since 2014.

I have known Caleb to be intelligent, resourceful, innovative and a natural leader. He is kind, hard-working, and connected to his community through sports and maintaining a job throughout high school. I remember being impressed with his knack for navigating the stock market and making spot-on financial investments at such a young age. He was able to provide for himself at 18 years old—immediately self-sufficient and opting to live on his own. It was, no doubt, an enormous shock and disappointment to learn that Caleb chose to use his talents in this abhorrent way.

Urged by the overwhelming remorse he feels daily, Caleb is already redirecting his attention back to the family and community he once vibrantly enriched. In many ways, he is still a teenager.

Caleb's parents have demonstrated cooperative and friendly co-parenting for the near-decade that I've been in their lives. It is an impressive and important marker for the situation at hand. Caleb's opportunity to course-correct through the support of his entire family, working together as one team, is one that I want to make sure is known at this point of this process. His past choices are inexcusable and Caleb will find zero tolerance with his family.

However, he will also find the kind of support and accountability that rehabilitates a family member who is deeply loved.

Thank you for the opportunity to share more about Caleb's young life and his loving family.

Respectfully,

Ciarra Colacino

To whom it may concern,

I am Caleb's dad's girlfriend, JoLeah. I first met Caleb in July of 2018 when they lived together in Fircrest. From everything I could see, he had a great connection with his dad, Brandon, and with his 15-year-old sister who had her time split between there and at her mom's. Brandon was always supportive and inquisitive, and they always had easy communication.

Caleb was working at Sherwin Williams and had made paint master. Every time we were together, we all sat and talked. He had a beautiful, long-time girlfriend named Jade. They made a beautiful young couple. It was always clear to me that Caleb wanted more out of life and was on a good path. By Fall of 2018, he lived with roommates, and later with Jade.

We actually spent time at his mom's house (Brandon's X-wife) with her husband and two youngest children, for Paige's graduation party. I could see that Caleb came from two loving homes. He was close to all his siblings, and it was clear that they looked up to him. Spring of 2021 was the last time we saw Caleb in person.

During the summer of 2021, things were getting odd between Brandon and Caleb. Caleb had broken up with Jade and was living at a different place than before. Political issues were heating up in the country and Caleb was growing apart from his dad. Text messages between them were growing more and more at odds, and at times it didn't even sound like Caleb. It was as though someone else was writing them. Brandon heard from him less and less. And any efforts to reach him were unsuccessful. Relatives were letting Brandon know that Caleb was acting out of character on social media -since Brandon and I aren't on social media. Eventually, they did communicate in letter form and Caleb revealed lots of emotions he was harboring about the summer he moved out of his dad's house. It was news to Brandon, and he tried desperately to mend their relationship but the distance was still there.

When Caleb was arrested, it was a complete shock to his parents. To say they were devastated is an understatement. From what I witnessed, Caleb was immediately communicating with his parents over the phone. When he talked to his dad, he sounded rougher than before, but in my opinion, he had built up a lot of trauma in his body. And he was still in fight/flight mode. He was scared, and had been through hell at that point. Over time, he started to sound like Caleb again, and to my surprise, he talks to his dad several times a week over the phone and video chat, in addition to hand written letters.

I've talked with him and so does his sister. He once again, sounds like the Caleb that wants more out of life and is on a good path. It is gut-wrenching to hear about all the sentencing probabilities. I don't understand a lot of it, but I can't fathom living years behind bars. It's terrifying to imagine, and I can see that Caleb needs life skills and job skills, and every year incarcerated only stunts his development. He's on the right path of living productively and positively, and I sincerely hope that the system in WA State supports his release at the right time, and that he doesn't fall through the cracks and get forgotten about.

I have also been stunned at how Caleb has been housed with other people who were arrested with him, and treated as a unit with them. Caleb is an individual and is guilty and not-guilty of different things. I

desperately hope that he isn't put into situations where he is threatened or intimidated, affecting his own outcome. I will never understand the bad judgement behind bunkering him with these other suspects.

He has parents and siblings waiting for him, who are all-in supportive of his integration back into a normal life. I am not alone in believing that Caleb deserves a second chance. And I pray that sentencing is just and fair, so that Caleb can put his life back together again.

Sincerely,

JoLeah Parker

Tuesday August 23, 2022

Dear Judge Rice,

My name is Heidi Heistand and I am writing to you on behalf of my nephew Caleb Ryan Carr. I first met Caleb when he was six years old. My brother-in-law started dating Calebs' mom and we instantly fell in love. As a child Caleb was kind and caring. He loved to play video games, and we often played with his army guys on the floor in his room. I remember the day Caleb's younger brother Mitchell came home from the hospital. He was so excited to meet his younger brother and be a role model for him.

Our family is a large one and we spend many hours together at family events and get togethers. As the children became older I watched as Caleb played with the younger kids, and demonstrated patience and kindness, even when the kids were not always being nice. One time, when Caleb was older all the children wanted to wrestle him and play.  Caleb didn't refuse any of them to his own detriment. He ended up throwing his back out, because the kids were much bigger. Caleb has always watched out for the younger kids in our family.

As I said, our family is a close knit one. Clearly we were not paying as careful attention as we thought. I know Caleb has made many mistakes, and those mistakes aren't just Caleb's they are our mistakes as well. As a family we failed Caleb because we did not recognize all of the signs that he needed help. We will not make the same mistake again. I see this as an opportunity for our family to work through things together. To be open and honest with each other, and demonstrate the true meaning of family. In good times or bad, we are together and always will be.

On the few occasions that I have spoken with Caleb over the past few months he has expressed a desire to make different decisions and improve upon himself. He is reading books and taking courses that will help him gain a career when he has served his time. Caleb has made mistakes and he needs to learn the consequences of those mistakes, but he has a great capacity to learn. Your Honor, I know Caleb needs to make changes, but I truly believe he is ready to make those changes in his lifestyle. With help and guidance Caleb can become a contributing member of society. When he struggles, we will be their to help him. His road will not be easy, yet it is the road he has chosen. It is the road our family will walk together. Caleb has the potential to be a kind, caring and productive memeber of society. One that cares about others and is willing to put in the hard work to make some changes. The great thing about family, is that we can help guide him through those changes.

Thank you for your time your honor, I know it is precious.

Sincerely,
Heidi Heistand

Dear Your Honor,

I am writing to you on behalf of my nephew Caleb Carr. I am his aunt Lindsay Hobbs. I am a 22-year Air Force veteran. I have an RN degree and I have previously worked in corrections as a nurse. I know Caleb is facing a stiff sentence. He was so young and naïve to the situation he put himself in. He was very scared and he felt he had no way out once they reeled him in.

Caleb is a kind hearted, caring, friendly, family oriented, and smart kid. He always did well in school and he was involved in different sports. He played the cello in his high school orchestra. He graduated on time and had plans to attend college before covid hit. He started working as soon as he was able to and saved every penny. He was always very responsible. Caleb is not someone you would ever think would be involved in any of these charges.

Caleb comes from a very loving home. He is adored by his younger siblings and always made time for them. He was never a troubled child. He was always very well-mannered and respectful. All of this is so out of character for Caleb.

I know Caleb understand the consequences of his actions. I know he is very apologetic for his behaviors. He knows this would never happen again and **this** family won't let this happen again. Caleb is willing to attend any classes that will help him. He wants to take college classes while he is serving his sentence. He is willing and able to better himself as a person and a member of society. He just needs another chance to prove himself. There is hope for him.

I pray for your wisdom and guidance as you review and make your decision on his life. I pray that you will find it in your heart to help Caleb instead of just locking him away. I thank you for the opportunity to write you.

Thank you for your time.

Respectfully,

Lindsay Hobbs

August 24, 2022

To Whom It May Concern,

My name is Danielle Cox, and I am Caleb Ryan Carr's aunt. His father is my brother, and we have always been very close as siblings and with each other's kids as aunt and uncle. When Caleb was born, I, along with my two young toddler boys, my Mother and Stepdad flew to Oregon to be with my brother and sister-in-law during Caleb's birth. He joined our family on May 1, 1999. My brother and sister-in-law were over-the-moon happy. We all were. I remember when they returned home from the hospital, seeing their faces and seeing little Caleb. They were so proud. My big brother was a daddy. My mom held all three of her little grandsons and it was an amazing moment to be a part of as family.
A few short years later, Caleb was joined by his sister Paige, who was actually born in Indiana, so much more family go to be there to support them and welcome her into the world. I remember little Caleb making peek-aboo faces at her. I can honestly say my niece and nephew were loved and supported 100% throughout their childhood and into their adult lives. Even after their parents divorced, both remained very involved in the kid's lives and were supportive/communicative with each other that showed their kids their commitment to them, even as a divorced family. I can think of many times my brother (and sister-in-law) took the kids on separate vacations to several different places including back home to Indiana to see extended family on both sides.
I have two sons, and they were both very close with Caleb. Those three were always together when they were here visiting. We all would watch movies together, cook dinner as a big family, play kickball in the yard, catch lightning bugs, and just reminisce about old times and all us growing up. The best part is that my oldest son is gay and always has been. Knowing this, Caleb never acted differently or favored my other son. I always loved when they were home and the boys had that time together, even if only for a few short days. Caleb comes from a very loving, supportive family.
I can't ever think of a time where I was ever worried about Caleb not doing the right thing in life. This current situation Caleb is in is a very unfortunate circumstance for not only himself but for his parents, his sisters, his brother and all of the extended family like myself. Anytime I've ever been around Caleb, he's always been very respectful to me, gave me hugs and told me he loved me. I went through Cancer in late 2016-2017 and Caleb always made the effort to text me and all us ask me how I was doing. Even with the distance between us, I never doubted he cared for me or for my well-being. I always knew my brother and sister-in-law instilled good family values in both Caleb and Paige, and I was only sad that we weren't able to be together more. It now saddens me to know Caleb has to go through what he's going through, but I know with the continued support of his entire family he will get through this and prevail. I think when it's time to come home he will make every effort necessary to make sure he continues down the right path in life. When talking to Caleb, or texting with him, he seems not only remorseful, but to have taken accountability for his actions. That is a big step showing maturity and growth rooted in his upbringing. Caleb is a good soul, a wonderful nephew, a great cousin and an amazing part of our family. Thank you for taking the time to read this letter.

Yours Truly

Danielle R. Cox

**From:** Brandon Carr (Wunderman Thompson LLC) v-brcarr@microsoft.com
**Subject:** FW: [EXTERNAL] Debra Carr-Grooms
**Date:** September 21, 2022 at 8:42 PM
**To:** Sandy Baggett sandy@sandybaggett.com



Hello Miss Baggett. Below is a letter from my mom (Caleb's grandmother). Sorry it's a bit late. She is not well and hasn't been for a while. She doesn't have an email, so my sister helped her send from her and her husband's email account.

**From:** Donnie cox <dtcox1013@gmail.com>
**Sent:** Wednesday, September 21, 2022 3:55 PM
**To:** Brandon Carr (Wunderman Thompson LLC) <v-brcarr@microsoft.com>
**Subject:** [EXTERNAL] Debra Carr-Grooms

You don't often get email from dtcox1013@gmail.com. Learn why this is important

Dear Judge,

Hello. I am Caleb's paternal Grandmother. Caleb is my sons first child. I watched him grow up over the years with pride in my heart. He was a good boy and always enjoyed visiting family when his dad brought him and his sister back to Indiana. He enjoyed spending time with his 2 cousins Blake and Nickalas. They would go to the movies and would visit our local college and they all 3 really enjoyed having that time together. They are all only one year apart. It hurts me to see my grandson going through this difficult time right now. I wish things were different for him. I know in my heart Caleb is still the good young man I have watched grow up over the last 23 years and I know the time he has spent in jail isn't being wasted. Caleb will learn a valuable lesson during this time and I truly believe he will come out of jail with a better understanding of life. I think he will appreciate his family and his freedom more than ever and he will do good things with his life. I don't think just because someone makes mistakes in their life that it means it should follow them throughout the remainder of their life. I know people can change and I know Caleb will continue to be an amazing young man and I will always be there for him no matter where life takes him. He's a very smart, kind and caring young man and he has a lot of love and support from both sides of his family. My son Brandon is one of Caleb's biggest supporters and I know it's been hard for my son to watch his son go through this difficult time but I think some good can come from everything and I think all this will bring them even closer together (if that's possible) they aren't just father and son but amazing friends too. Thank you for allowing me to express my feelings about my grandson. He is a very special young man who we all love very much.

Thank you,
Debra Carr-Grooms
Muncie, IN 47303
502.888.6212

September 7, 2022

To Whom It May Concern:

I'm writing with respect to Brandon Carr and his son, Caleb. I have never met Caleb, but Brandon and I have shared life stories about Caleb's success and dedication both in academics and sports activities.

Brandon has always spoken truthfully about Caleb, the good and the bad. Brandon was deeply hurt by the lack of communication with Caleb in previous years, but always hoped for the best.

Since recent events in Caleb's life have left him imprisoned, a bright spot is that communication between Brandon and Caleb has improved. I can sense in conversations with Brandon that he has a passion for Calebs' restoration and a more purposeful and fruitful future. Brandon and JoLeah have met with our monthly prayer group recently and we continue to pray for God's favor in Caleb's life and for his heart and life to turn from poor choices. I'm confident a better future is possible for Caleb if he makes the right decisions. I know he has the right support in Brandon, his father.

Regards,

Kurt Bigbee

5001 N 22nd Street

Tacoma, WA 98406

253.777.2305